UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.:22-CV-21343-COOKE

ANALIA MARIELA QUINONES,

    Plaintiff,

vs.

HOMELAND PATROL CORPORATION, a
Florida Profit Corporation, and MIRTHA CORDERO,
individually

    Defendants.
_____/

## NOTICE OF SETTLEMENT

Plaintiff, ANALIA MARIELA QUINONES by and through her undersigned counsel, and in agreement with Defendants HOMELAND PATROL CORPORATION, a Florida Profit Corporation, MIRTHA CORDERO (hereinafter collectively "Defendants") hereby provides notice that the parties have reached a settlement of all claims in this case. The parties are in the process of finalizing the agreement and preparing the dismissal documents, which will be filed with the Court upon completion.

Dated: August 5, 2022

    Respectfully submitted,

/s/ *Nathaly Saavedra*
Nathaly Saavedra, Esq.
Fla. Bar No. 118315
**PEREGONZA THE ATTORNEYS, PLLC**
5201 Blue Lagoon Drive, Suite 290
Miami, FL 33126
Tel. (786) 650-0202
Fax. (786) 650-0200
Email: nathaly@peregonza.com

Attorney for Plaintiff

1

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on August 5, 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/ *Nathaly Saavedra*
Nathaly Saavedra, Esq.

**SERVICE LIST**
**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO.:** 22-CV-21343-COOKE

Nathaly Saavedra, Esq.
Fla. Bar No. 118315
E-mail: nathaly@peregonza.com
Secondary E-mail: stephanie@peregonza.com
Juan J. Perez, Esq.
Fla. Bar No. 115784
Email: juan@peregonza.com
**PEREGONZA THE ATTORNEYS, PLLC**
5201 Blue Lagoon Drive,
Suite 290,
Miami, FL 33126
Tel. (786) 650-0202
Fax. (786) 650-0200

*Counsel for Plaintiff*


Emmanuel Perez, Esq.
Fla. Bar No. 586552
E-Mail: courtmail@lawperez.com
EMMANUEL PEREZ & ASSOCIATES, P.A.
901 Ponce De Leon Blvd, Suite 101
Coral Gables, FL 33134
Tel.: (305) 442-7443
Fax: (305) 441-9218

Attorney for Defendants



Method of Service: CM/ECF Notice