UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-21343-CIV-COOKE/Damian

**ANALIA MARIELA QUINONES**,

      Plaintiff,

v.

**HOMELAND PATROL CORPORATION**, *et al.*,

      Defendants.

_____/

## ORDER ADMINISTRATIVELY CLOSING CASE

THIS CAUSE came before the Court upon the parties' Notice of Settlement [ECF No. 26], filed on August 5, 2022. The Court having carefully reviewed the file, and being otherwise fully advised, it is

**ORDERED AND ADJUDGED** that the above styled action is administratively **CLOSED** without prejudice to the parties to comply with the Order Requiring Submission of Settlement Agreement for Court Approval, entered separately on this date. Any pending motions are denied as moot.

**DONE AND ORDERED** in Miami, Florida, this 5th day of August, 2022.

_____
for **MARCIA G. COOKE**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record